FILED

AUG -5 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | CASE NO. **4:25CR00379** |
| MATTHEW N. WALL, ) | Title 18, United States Code, Section 641 |
| Defendant. ) | **JUDGE BARKER** |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around August 2018, to in or around September 2020, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW N. WALL, in a continuing course of conduct, willfully and knowingly did steal, purloin, convert to his own use, and without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Retirement Insurance benefits, in the amount of approximately $40,700.45, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.